■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WESSER and WILLIAM WESSER, Respondents, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed, writ dismissed, and relators remanded to the custody of the Warden of Auburn Prison. Appeal from order entered June 5, 1964, dismissed as academic. Memorandum: The determination reviewed is contrary to law and weight of evidence. (Appeal by People from order of Supreme Court, Cayuga County, sustaining writ of habeas corpus and ordering the return of relators to Broome County Court for further proceedings and from further order of Supreme Court, Cayuga County, denying motion to vacate prior order.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD BERMAN, Appellant.— Order unanimously reversed and matter remitted to Supreme Court of Erie County for further proceedings in accordance with memorandum. Memorandum: Appellant was convicted in 1944 of murder, first degree, and upon recommendation of the jury was sentenced to life imprisonment. Upon the trial three statements in the form of transcribed questions and answers made by appellant to police officers and prosecutors were received in evidence. Timely objections thereto were interposed upon various grounds, including the claim that the statements were not made voluntarily. The issue as to whether the statements were so made or were the product of fear produced by threats was submitted to the jury. The case should be remitted for further proceedings consistent with *People* v. *Huntley* (15 N Y 2d 72). (Appeal from order of Erie Special Term denying, without a hearing, motion to vacate a judgment of conviction for murder, first degree, rendered March 14, 1944.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ In the Matter of W. EARLE COSTELLO.— Order of reinstatement as attorney and counselor at law entered.

■ EULA M. GANDY, as Administratrix of the Estate of JOHN F. GANDY, Deceased, Appellant, v. CHARLES F. WUSTER et al., Respondents.— Motions granted and appeals dismissed unless records and briefs are filed and served on or before February 26, 1965; motion to appeal as a poor person denied, without prejudice to appellant to move for such relief before the trial court. (See *Jenks* v. *Murphy,* 21 A D 2d 346.)